# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2010

140784

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

AMERISURE MUTUAL INSURANCE COMPANY,
          Plaintiff/Counter-Defendant-
          Appellant,

v

HALL STEEL COMPANY,
          Defendant/Counter-Plaintiff-
          Appellee,

and

CLEVELAND DIE AND MANUFACTURING,
INC.,
          Defendant.

SC: 140784
COA: 286677
Oakland CC: 2007-085003-CK

_____/

       On order of the Court, the application for leave to appeal the December 10, 2009 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing whether Hall Steel's act of supplying a nonconforming grade of steel constitutes an "occurrence" under the terms of Amerisure's insurance policy. The parties should not submit mere restatements of their application papers.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2010

_____
Clerk

p0914